No. 74.   ST. REGIS PAPER Co. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Horace R. Lamb* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for the United States.

No. 77.   TRANS-PACIFIC CORP. ET AL. *v.* GOGGIN, TRUSTEE IN BANKRUPTCY.   C. A. 9th Cir.   Certiorari denied. *Morris Lavine* for petitioners.   *Thomas S. Tobin* for respondent.

No. 79.   E. C. SCHROEDER Co. *v.* CLARK ET AL.   C. A. 10th Cir.   Certiorari denied.   *W. E. Utterback* for petitioner.   *Thos. W. Champion* and *Louis A. Fischl* for respondents.

No. 80.   INTERNATIONAL BROTHERHOOD OF TEAMSTERS & CHAUFFEURS, LOCAL UNION No. 179, A. F. OF L., ET AL. *v.* DINOFFRIA ET AL.   Supreme Court of Illinois.   Certiorari denied.   *Daniel D. Carmell* and *Walter F. Dodd* for petitioners.   *Raymond J. Harvey* and *Samuel Saxon* for respondents.

No. 81.   THOMPSON ET AL. *v.* THOMPSON ET AL., EXECUTORS.   Supreme Court of Arkansas.   Certiorari denied. *J. R. Wilson* for petitioners.   *J. E. Gaughan* for respondents.

No. 82.   CRINER ET AL. *v.* PARHAM ET AL.   Supreme Court of Arkansas.   Certiorari denied.   *J. R. Wilson* for petitioners.   *W. D. McKay* and *E. M. Anderson* for respondents.